**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LUKE MILLS**                                                                      **PLAINTIFF**

**v.**                                              **Case No. 4:23-cv-698-JM**

**SANDERS-HUCKABE, Governor,**
**Arkansas,** *et al.*                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this  15ᵗʰ day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE